UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, ET. AL. | C. A. NO. 00-0265 |
| VERSUS | JUDGE: B |
| TEXACO INC., ET. AL. | MAGISTRATE JUDGE: 2 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY**

NOW INTO COURT, through undersigned counsel come defendants Texaco Inc. ("Texaco"), Texaco Exploration & Production Inc. ("TEPI"), Texaco Trading & Transportation Inc. ("TTTI), Texaco Producing Inc. ("TPI"), and Texaco Refining and Marketing Inc. ("TRMI") who move the Court for an order granting them an extension of time through March 15, 2000 within which to respond to certain discovery propounded to defendants on the day that this action was removed from state court. This motion is based on the following:

1.

On or about January 27, 2000 the plaintiff in this action mailed a set of Requests for Admission directed to the Texaco defendants.

2.

The Requests for Admission contain 34 separate requests seeking information concerning the defendants royalty payment practices during and prior to the time period at issue in this action.

DATE OF ENTRY FEB 17 2000

3.

Pursuant to Louisiana Procedural rules defendants would have fifteen days to respond to the discovery. Pursuant to the federal rules, defendants would have thirty days to respond.

4.

Additional time is needed in order to adequately respond to the requests for admission.

5.

Plaintiffs' counsel and the undersigned have discussed the aforementioned Requests for Admission and plaintiffs have agreed to grant the Texaco entities an extension of time through March 15th in order to respond to the Requests for Admission.

6.

Out of an abundance of caution, the Texaco entities are filing this motion and requesting a formal order from the court granting them an extension of time through March 15, 2000 within which to respond to plaintiffs' Requests for Admissions.

WHEREFORE, defendants Texaco Inc., Texaco Exploration and Production Inc., Texaco Trading and Transportation Inc., Texaco Producing Inc. and Texaco Refining and Marketing Inc. pray that the court will issue and order granting them an extension of time through March 15, 2000 within which to respond to the plaintiffs' Requests for

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been mailed, postage prepaid to the following:

Michael McKeogh
601 Poydras Street
Suite 2421
New Orleans, Louisiana 70130

Paul DeBallion
201 Travis Street
Lafayette, Louisiana 70503

Baton Rouge, Louisiana this _9th_ day of _February_, 2000.

_____
Charles S. McCowan, III

-4-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, ET. AL. | CIVIL ACTION NO. 00-0265 |
| VERSUS | SECTION: B |
| TEXACO INC., ET. AL. | MAGISTRATE: 2 |

### ORDER

Considering the unopposed motion for extension of time to respond to discovery filed on behalf of Texaco Inc., Texaco Exploration and Production Inc., Texaco Trading & Transportation Inc., Texaco Producing Inc., and Texaco Refining & Marketing Inc.;

It is hereby ordered that the aforementioned defendants are granted an extension of time through March 15, 2000 within which to respond to the plaintiffs' requests for admission.

Thus ordered this ___ day of _____, 2000 in New Orleans, Louisiana.

_____
Judge, United States District Court
Eastern District of Louisiana

Admission.

_____
G. William Jarman (# 7238)
Charles S. McCowan, III (#19699)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

And

Jeffrey K. Smith
Texaco Inc.
1111 Bagby Street
Room 4014
(Post Office Box 4596)
Houston, Texas 77002 (77210-4596)
Telephone: (713) 752-7902

Counsel for Texaco Inc., Texaco Exploration and Production Inc., Texaco Trading & Transportation, Inc., Texaco Producing Inc., Texaco Refining and Marketing, Inc., and Daniel Patrick Loughry