UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -9  P 12: 56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, INDIVIDUALLY AND ON BEHALF OF THE SCHOOL CHILDREN OF THE PARISH OF LAFOURCHE AND THE STATE OF LOUISIANA | CIVIL ACTION NO. 00-0265 |
| VERSUS | |
| TEXACO INC. AND TEXACO PRODUCTION AND EXPLORATION, INC. | SECTION "B" MAGISTRATE (2) |
| | JURY TRIAL DEMANDED |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes Plaintiffs, and upon representing to this Court that they desire to enroll Scott R. Bickford, Bar No. 1165, Duggan F. Ellis, Bar No. 17553, and Richard A. Filce, Bar No. 24413, of the Law Firm of Martzell and Bickford, 338 Lafayette Street, New Orleans, Louisiana, as co-counsel of record for Plaintiffs in the above captioned matter, and that they, along with existing counsel, be sent all further notices respecting this case from this Court.

Respectfully submitted,

_____
DAVID LANDRY
151 St. Joseph Street
Thibodaux, Louisiana 70302

DATE OF ENTRY  FEB 18 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

MARTZELL & BICKFORD

_____
SCOTT R. BICKFORD, T.A. #1165
DUGGAN F. ELLIS, #17553
RICHARD A. FILCE #24413
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been provided to counsel for all parties by Facsimile Transmission, by Hand Delivery, or by placing a copy of same in the United States Mail, properly addressed and postage prepaid, this 9th day of Feburary, 2000.

_____
Duggan F. Ellis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, INDIVIDUALLY AND ON BEHALF OF THE SCHOOL CHILDREN OF THE PARISH OF LAFOURCHE AND THE STATE OF LOUISIANA | CIVIL ACTION NO. 00-0265 |
| VERSUS | |
| TEXACO INC. AND TEXACO PRODUCTION AND EXPLORATION, INC. | SECTION "B" MAGISTRATE (2) |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of record filed on behalf of Plaintiffs: *(T.A.)*

**IT IS HEREBY ORDERED**, that Scott R. Bickford, Bar No. 1165, Duggan F. Ellis, Bar No. 17553, and Richard A. Filce, Bar No. 24413, of the Law Firm of Martzell and Bickford, 338 Lafayette Street, New Orleans, Louisiana, be and are hereby enrolled as co-counsel of record in this matter, and that they, along with existing counsel, be sent all further notices respecting this case.

THUS DONE AND SIGNED, at New Orleans, Louisiana, this *14th* day of *February*, 2000.

_____
JUDGE

F:\CLIENTS\LAFOURCH.02\PLEADING\ENROLL.MOT