UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 14 P 1: 40

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, ET. AL. | C. A. NO. 00-0265 |
| | JUDGE: B |
| VERSUS | |
| | MAGISTRATE JUDGE: 2 |
| TEXACO INC., ET. AL. | |

### UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Defendants Texaco Inc., Texaco Exploration and Production Inc., Texaco Trading & Transportation Inc., Texaco Production Inc., Texaco Refining & Marketing Inc., and Daniel P. Loughry who move for an order continuing the hearing on the Plaintiffs' Motion to Remand until April 12, 2000. Defendants' Motion is based on the following grounds:

1.

On or about February 28, 2000, Plaintiffs filed a Motion to Remand this matter to state court.

2.

Plaintiffs' Motion to Remand is currently noticed for hearing on March 29, 2000.

DATE OF ENTRY
MAR 17 2000

407807_1

Fee_____
Process____
X  Dktd_____
___CtRmDep__
Doc.No._____

3.

Defendants' opposition to Plaintiffs' Motion to Remand is currently due on March 20, 2000.

4.

Defendants move for an order continuing the hearing date on Plaintiffs' Motion to Remand until April 12, 2000, which is the next available hearing date, with Defendants' opposition to the Motion to Remand being due on April 4, 2000.

5.

The undersigned has spoken with Plaintiffs' counsel, Mr. Duggan Ellis, and with co-defense counsel, Mr. Michael McKeogh (representing LLOG Exploration) and Mr. Paul DeBaillion (representing Gulfport Energy), who have no objection to the granting of the requested continuance.

WHEREFORE, Defendants, Texaco Inc., Texaco Exploration and Production Inc., Texaco Refining and Marketing Inc., Texaco Producing Inc., Texaco Trading & Transportation Inc. and Daniel Patrick Loughry, pray that the Court will grant their Motion to Continue the hearing date on Plaintiffs' Motion to Remand until April 12, 2000 at 9:00 a.m., with Defendants' opposition being due eight days prior to the hearing date or April 4, 2000.

_[signature]_
G. William Jarman (#7238)
Charles S. McCowan, III (#19699)
Julie Parelman Silbert (#14439)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

And

Jeffrey K. Smith
Texaco Inc.
1111 Bagby Street
Room 4014
Post Office Box 4596
Houston, Texas 77002 (77210-4596)
Telephone: (713) 752-7902

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been mailed, postage prepaid to the following:

Mr. David L. Landry
P.O. Box 1185
Thibodaux, Louisiana 70302

Mr. Scott R. Bickford
Mr. Duggan F. Ellis
Martzell & Bickford
338 Lafayette Street
New Orleans, Louisiana 70130

Mr. Paul N. DeBaillion
DeBaillion & Miley
201 Travis Street
Lafayette, Louisiana 70503

New Orleans, Louisiana this 14th day of March, 2000.

_____
Julie Parelman Silbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, ET. AL. | CIVIL ACTION NO. 00-0265 |
| | SECTION: "B" |
| VERSUS | |
| | MAGISTRATE JUDGE: 2 |
| TEXACO INC., ET. AL. | |

ORDER

Considering the Motion for a Continuance of the hearing on the Plaintiffs' Motion to Remand which is currently scheduled for March 29, 2000 and the lack of opposition to the Motion for a Continuance;

It is hereby ordered that the hearing on Plaintiffs' Motion to Remand is continued until April 12, 2000 at 9:00 a.m..

It is further ordered that Defendants' opposition to Plaintiffs' Motion to Remand be filed on or before April 4, 2000.

THUS ORDERED, this 17th day of March, 2000 in chambers in New Orleans, Louisiana.

_____
United States Judge
Eastern District of Louisiana

407807_1

-5-