```
                                              FILED
                                          U.S. DISTRICT COURT
                                          EASTERN DISTRICT OF LA

                                          APR  7  2 36 PM '00

                                              ....... WHYTE
                                                CLERK
```

MINUTE ENTRY
LEMELLE, J.
7 APRIL 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

There **WILL** be oral argument on **APRIL 12, 2000** at **9:00 A.M.** in the following cases:

95-1599    Drury v. USACE
           -Defendant's motion to dismiss (259)

99-3090    Caracci v. Wal-Mart Stores, Inc.
           -Plaintiff's motion to remand (10)

00-0265    Lafourche v. Texaco, Inc.
           -Plaintiff's motion to remand (10)

There will **NOT** be oral argument on **APRIL 12, 2000** in the following cases:

98-2219    Braly, et al v. Trail
           -McGruder's motion for summary judgment (37)

98-2239    Landry v. Latter
           -Hibernia's motion to withdraw funds (19)

99-0148    Givens, et al v. Travelers
           -Titov's motion to exclude introduction of Position
           Emmission Tomography (32)

DATE OF ENTRY
APR 1 0 2000



| | |
|---|---|
| 99-2187 | **Madisonville, et al v. MN Mining**<br>-Defendant's motion to dismiss (13) |
| 99-2429 | **Smotherman v. Texaco, et al**<br>-Chevron's motion to dismiss (22) |
| 99-2959 | **Lumpkin, et al v. State Farm**<br>-Lyons' motion to dismiss complaint (6)<br>-State Farm's motion to dismiss complaint (7) |
| 99-3575 | **Dion v. Apache**<br>-Defendant's motion to dismiss (4) |
| 00-0502 | **Blunt, et al v. Travelers**<br>-Phipps' motion to remand (4) |
| 00-0621 | **Patterson v. Tulane University**<br>-Plaintiff's motion to remand (5) |

_____
UNITED STATES DISTRICT JUDGE