

FILED
U.S. DISTRICT COURT
[EASTERN DISTRICT OF LA]

2000 APR 10 P 4: 25

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, INDIVIDUALLY AND ON BEHALF OF THE SCHOOL CHILDREN OF THE PARISH OF LAFOURCHE AND THE STATE OF LOUISIANA | CIVIL ACTION NO. 00-0265 |
| VERSUS | SECTION "B" |
| TEXACO INC., TEXACO EXPLORATION AND PRODUCTION INC., TEXACO TRADING INC., TEXACO PRODUCING INC., TEXACO REFINING & MARKETING INC., LLOG EXPLORATION COMPANY, GULFPORT ENERGY CORPORATION, CASTEX, INC., DANIEL PATRICK LOUGHRY and "XYZ" DEFENDANTS | MAGISTRATE JUDGE: 2 |

Filed:_____     _____
                                      Deputy Clerk

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY BRIEF

**NOW INTO COURT**, come Lafourche Parish School Board, et al, Plaintiffs herein, appearing through undersigned counsel, and move this Honorable Court for leave to file the attached reply memorandum in response to Defendants' Opposition to Plaintiffs' Motion to Remand.

Defendants raise issues in their Opposition that need to be addressed by Plaintiffs in order

DATE OF ENTRY
APR 1 2 2000



to present this Court with all applicable law and argument. Further, Plaintiffs wishes to respond to factual and legal representations made by Defendants with which they disagree.

Respectfully submitted,

MARTZELL & BICKFORD

_____
SCOTT R. BICKFORD (#1135)
DUGGAN ELLIS (#17553)
RICHARD A. FILCE (#24413)
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (facsimile)

DAVID L. LANDRY, ESQUIRE (#7978)
P. O. Box 1185
Thibodaux, LA 70302
Telephone: (504) 447-8440

**ATTORNEYS FOR THE LAFOURCHE PARISH SCHOOL BOARD, INDIVIDUALLY AND ON BEHALF OF THE SCHOOL CHILDREN OF THE PARISH OF LAFOURCHE AND THE STATE OF LOUISIANA**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties by hand delivery, by facsimile mail, or by mailing the same to each properly addressed and postage prepaid on this 10th day of April, 2000.

_____
Duggan F. Ellis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, INDIVIDUALLY AND ON BEHALF OF THE SCHOOL CHILDREN OF THE PARISH OF LAFOURCHE AND THE STATE OF LOUISIANA | CIVIL ACTION NO. 00-0265 |
| VERSUS | SECTION "B" |
| TEXACO INC., TEXACO EXPLORATION AND PRODUCTION INC., TEXACO TRADING INC., TEXACO PRODUCING INC., TEXACO REFINING & MARKETING INC., LLOG EXPLORATION COMPANY, GULFPORT ENERGY CORPORATION, CASTEX, INC., DANIEL PATRICK LOUGHRY and "XYZ" DEFENDANTS | MAGISTRATE JUDGE: 2 |

## **O R D E R**

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Remand filed on behalf of Plaintiffs:

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED**, and that Plaintiffs be allowed to file the attached Reply Memorandum.

Signed in New Orleans, Louisiana, this _11th_ day of April, 2000.

_____
JUDGE

F:\CLIENTS\LAFOURCH 02\LEAVE MOT