UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD, ET AL. | CIVIL ACTION |
| VERSUS | NO. 00-0265 |
| TEXACO, INC., ET AL. | SECTION "B" (2) |

WEDNESDAY, APRIL 12, 2000 AT 9:00 A.M.
JUDGE IVAN L.R. LEMELLE PRESIDING

Courtroom Deputy:  Audry E. Steward
Court Reporter:   Patricia Duroncelet

ORAL ARGUMENT

Motion of plaintiff, Lafourche Parish School Board, to remand case to the 17th JDC for the Parish of Lafourche (doc. #10).

APPEARANCES:  Scott R. Bickford, Duggan F. Ellis and David L. Landry, for Plaintiff
Charles S. McCowan, III, for Defendants

Case called; all present and ready.
Counsel appear for the record.
Oral argument by the parties.
For reasons orally stated on the record, plaintiff's motion to remand is hereby GRANTED.
Court adjourned at 9:35 a.m.

DATE OF ENTRY
APR 1 2 2000

___Fee___
___Process___
X  Dktd___
✓ CtRmDep___
Doc.No.___