FILED
U.S. DISTRICT COURT

2000 APR 13  P 12: 10

LORETTA G. WHYTE

**MINUTE ENTRY**
**LEMELLE, J.**
**APRIL 12, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LAFOURCHE PARISH SCHOOL BOARD INDIVIDUALLY AND ON BEHALF OF THE SCHOOL CHILDREN OF LAFOURCHE PARISH AND THE STATE OF LOUISIANA | CIVIL ACTION |
| VERSUS | NO. 00-0265 |
| TEXACO, INC., ET AL | SECTION "B" (2) |

This matter came before the Court with oral argument for consideration of plaintiffs' motion to remand this matter to the 17th Judicial District Court, Parish of Lafourche, State of Louisiana. For the reasons orally assigned as supplemented herein, the Court finds that this matter was improvidently removed and the Court was without jurisdiction at the time of removal. Defendants LLOG Exploration Co. and Daniel Loughry were not fraudulently joined for purposes of destroying diversity. See <u>Dodson v. Spiliada Maritime Corp.</u>, 951 F. 2d 40 (5th Cir. 1992). Plaintiffs

DATE OF ENTRY
APR 1 4 2000



have stated a colorable claim under state law against LLOG Exploration Co. under La. Rev. Stat. ann. §31:128. See <u>Chevron USA, Inc. v. Traillour Oil Co.</u>, 987 F. 2d 1138, 1158 (5th Cir. 1993); <u>Lamson v. Austral Oil Co., Inc.</u>, 712 So. 2d 1081 (La. App. 3d Cir. 1998). In addition, the Court finds that plaintiffs have at least stated a cause of action against Daniel Loughry individually. See <u>9 to 5 Fashions v. Spurney</u>, 538 So. 2d 228 (La. 1989); <u>Canter v. Koehring Co.</u>, 283 So. 2d 716 (La. 1973); <u>Guilbeaux v. Times of Acadiana, Inc.</u>, 693 So. 2d 1183 (La. App. 3d Cir. 1997); <u>Ford v. Elsbury</u>, 32 F. 3d 931 (5th Cir. 1994). Accordingly,

**IT IS ORDERED** that plaintiffs' motion to remand (Doc. 10) is **GRANTED**. This matter is **REMANDED** to the 17th Judicial District Court, Parish of Lafourche, State of Louisiana.

                                            IVAN L.R. LEMELLE
                                   UNITED STATES DISTRICT JUDGE